IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| MICHAEL J. BARBER, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>UNITED STATES GOVERNMENT, et al., )<br>)<br>Defendants. )<br>_____ ) | Case No. CV 06-448-N-EJL<br><br>**REPORT AND**<br>**RECOMMENDATION** |

On November 7, 2006, Plaintiff filed an "Appeal for Judicial Review" to initiate the present action. (Docket No. 1). Plaintiff also has submitted several other filings seeking various forms of relief. (Docket Nos. 4, 5, 10 & 11). The District Court has referred this action to the undersigned for all necessary and proper proceedings. (Docket No. 9). Accordingly, having carefully reviewed the record, and otherwise being fully advised, the Court enters the following Report and Recommendation pursuant to 28 U.S.C. § 636(b).

**I.**

**DISCUSSION**

In light of the requirement that pro se pleadings be liberally construed, *Allen v. Gold Country Casino*, 464 F.3d 1044, 1048 (9th Cir. 2006), Plaintiff's Appeal for Judicial Review will be treated as a complaint commencing a civil action pursuant to Federal Rule of Civil Procedure

REPORT AND RECOMMENDATION - 1

3.[1]  The Federal Rules require the pleading commencing a civil action to be served, along with a summons, within 120 days after the pleading is filed with the Court.  *See* Fed. R. Civ. P. 4(c), (m).  In addition, because the Defendants named here are the United States government and two state governments, proper service can be effected only by complying with subsections (i) and (j) of Rule 4.

In the present action, there is no indication that Plaintiff has effected service in compliance with the Federal Rules of Civil Procedure, and the deadline for service passed on March 7, 2007.  *See* Fed. R. Civ. P. 4(l) (explaining that "[i]f service is not waived, the person effecting service shall make proof thereof to the court").

Accordingly, it is recommended that the District Court enter an order requiring Plaintiff to show cause why this action should not be dismissed for failure to serve the "Appeal for Judicial Review" within the 120-day time period allowed under Rule 4(m).  *See Hason v. Medical Bd. of Cal.*, 279 F.3d 1167, 1174 (9th Cir. 2002) (concluding that a district court did not abuse its discretion in dismissing, for failure to prosecute, a pro se plaintiff's claims against individual defendants where the plaintiff failed to effectuate service of process on these individuals within the 120 day time period and failed to respond to an order to show cause why service had not been made).

---

[1] Plaintiff's Appeal for Judicial Review contains a summary of the facts forming the basis for Plaintiff's claims and lists the relief requested.  *See* Fed. R. Civ. P. 8(a) (requiring complaints to contain (1) a short and plain statement of the grounds upon which the court's jurisdiction depends, (2) a short and plain statement of the claim, and (3) a demand for judgment for the relief the pleader seeks).  Although the basis for the Court's jurisdiction here is not explicitly stated, and later may be challenged, it appears that Plaintiff is attempting to assert jurisdiction under 28 U.S.C. § 1331.

REPORT AND RECOMMENDATION - 2

More particularly, it is recommended that the District Court order Plaintiff to file a written response to the District Court's order on this Report and Recommendation, within ten (10) days of the District Court's entry of that order, explaining why this action should not be dismissed for failure to serve the "Appeal for Judicial Review" within 120 days after its filing. *See* Fed. R. Civ. P. 4(m) (providing that, if the plaintiff shows good cause for the failure to timely serve the complaint, "the court shall extend the time for service for an appropriate period")**.**

## II.

## RECOMMENDATION

Based on the foregoing, it is recommended that the District Court require Plaintiff to file a written response to the District Court's order on this Report and Recommendation, within ten (10) days of the District Court's entry of that order, explaining why this action should not be dismissed for failure to serve the "Appeal for Judicial Review" within 120 days after its filing as required by Rule 4(m).

Written objections to this Report and Recommendation must be filed within ten (10) days pursuant to 28 U.S.C. § 636 and District of Idaho Local Civil Rule 72.1.  If written objections are not filed within the specified time, the right to raise factual and/or legal objections in the Ninth Circuit Court of Appeals may be waived.

DATED:  **April 24, 2007**.

Honorable Larry M. Boyle
U. S. Magistrate Judge

REPORT AND RECOMMENDATION - 3