IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| MICHAEL J. BARBER, ) | |
| ) | |
| Plaintiff, ) | Case No. CV06-448-N-EJL |
| ) | |
| vs. ) | ORDER ADOPTING REPORT |
| ) | AND RECOMMENDATION |
| ) | |
| UNITED STATES GOVERNMENT, et al, ) | |
| ) | |
| Defendants. ) | |
| ) | |

On April 24, 2007, United States Magistrate Judge Larry M. Boyle issued a Report and Recommendation (Docket No. 12) recommending the District Court enter an order requiring Plaintiff to file a written response explaining why this action should not be dismissed for failure to serve the "Appeal for Judicial Review" within 120 days after its filing pursuant to Fed. R. Civ. P. Rule 4(m).

Pursuant to 28 U.S.C. § 636(b)(1), the Plaintiff had ten (10) days in which to file written objections to the Report and Recommendation, however he has not objected to the recommendation made by Judge Boyle. Exercising de novo review of the matter, this Court may accept, reject or modify, in whole or in part, the findings and recommendations made by the magistrate judge. Id.

Because this Court finds the Report and Recommendation of Judge Boyle to be well founded in law and supported by the record, the Court hereby accepts in their entirety, and adopts as its own, the findings made by Judge Boyle. Acting on the recommendation of Judge Boyle, and this Court being fully advised in the premises,

**IT IS HEREBY ORDERED** that the Report and Recommendation entered on April 24, 2007, (Docket No.12) by Judge Boyle should be, and is hereby, **INCORPORATED** by reference and **ADOPTED** in its entirety.

**IT IS FURTHER ORDERED** Plaintiff shall file a written response explaining why this action should not be dismissed for failure to serve the "Appeal for Judicial Review" within 120 days after its filing pursuant to Fed. R. Civ. P. Rule 4(m).  Plaintiff shall file his written response on or before **May 29, 2007,** or this case will be subject to dismissal by the Court.  In issuing this Order, the Court makes no determination regarding the merits of Plaintiff's claims.

DATED:  **May 14, 2007**

Honorable Edward J. Lodge
U. S. District Judge